UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY BODO,

      Plaintiff,                                     Case No. 16-cv-13652
                                                  Hon. Matthew F. Leitman

v.

FRANCE,

      Defendant.
_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF #17) AND (2) DISMISSING COMPLAINT WITHOUT PREJUDICE

On October 12, 2016, Plaintiff Codo Bono filed this prisoner civil-rights action against Defendant France, a corrections officer employed at the Woodland Correctional Center in Whitmore Lake, Michigan. (*See* Compl., ECF #1.) At the time Bono filed the Complaint, he was incarcerated at the Richard A. Handlon Correctional Facility. (*See id.* at Pg. ID 1.)

On October 14, 2016, the Court entered a notice in this action with respect to Bono's obligation under the Court's Local Rules to inform the Court if his address or contact information changed. (*See* Notice, ECF #3.) The notice informed Bono, among other things, that the "[f]ailure to promptly notify the Court of a change in address or other contact information may result in the **dismissal** of [his] case." (*Id.* at Pg. ID 20; emphasis in original).

1

It appears that Bono is no longer incarcerated at the Richard A. Handlon Correctional Facility. However, Bono has not informed the Court that his address or contact information has changed. Nor has he filed any documents with the Court since he filed the Complaint in 2016.

On February 7, 2019, the Court entered a show cause order in which it directed Bono to show cause, in writing, by no later than March 22, 2019, "why the Court should not dismiss this action due to his failure to comply with his obligation to inform the Court of his change of address and/or his failure to prosecute this action." (Order, ECF #17 at Pg. ID 52.) The Court further warned Bono that if he did "not respond" to the order by March 22, 2019, "the Court [would] dismiss his Complaint without prejudice." (*Id.*) The Court mailed the show cause order to Bono at his last provided address on February 7, 2019. (*See* Dkt.)

Bono has not filed any response to the show cause order. Nor has he provided the Court an updated address as this Court's local rules requires. Finally, he has not taken any other steps to prosecute this action. Accordingly, for all of the reasons stated in this order and in the February 7, 2019, show cause order, (1) the show cause order (ECF #17) is **VACATED** and (2) the Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE** due to Bono's failure to prosecute this action and failure to comply with the Court's orders.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764